**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
Berrie R. Goldman, California Bar No. 246061
Two Embarcadero Center, Suite 1410
Telephone:    (415) 675-3400
Facsimile:     (415) 675-3434
Email:         james.goldberg@bryancave.com
               berrie.goldman@bryancave.com

**BRYAN CAVE LLP**
Robert E. Boone III, California Bar No. 132780
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:   310-576-2100
Facsimile:    310-576-2200
Email*:*        reboone@bryancave.com

Attorneys for Defendants
BANK OF AMERICA, N.A. (erroneously sued as
BANK OF AMERICA) and RECONTRUST COMPANY, N.A.
(erroneously sued as RECONTRUST COMPANY)

*IT IS SO ORDERED*
*Judge James Ware*
5/28/2010

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GURPREET KAUR,<br><br>            Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA, a business entity, form unknown; RECONTRUST COMPANY, a business entity, form unknown; and all person claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiff's title thereto, and DOES 1 through 30, inclusive,<br><br>            Defendants. | Case No. 5:10-cv-01681-JW<br><br>**STIPULATION EXTENDING TIME FOR BANK OF AMERICA, N.A. AND RECONTRUST COMPANY, N.A. TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

1    Counsel for Plaintiff GURPREET KAUR ("Plaintiff"), and counsel for defendants BANK
2 OF AMERICA, N.A. and RECONTRUST COMPANY, N.A. ("Defendants") submit this
3 stipulation and proposed order relating to the operative complaint in this case:
4    WHEREAS, Plaintiff filed a Complaint in this action in Santa Clara County Superior
5 Court on August 19, 2009;
6    WHEREAS, Plaintiff filed a First Amended Complaint in Santa Clara Superior Court on
7 March 22, 2010, alleging federal causes of action;
8    WHEREAS, Defendants removed this action to the United States District Court for the
9 Northern District of California, San Jose Division on April 20, 2010;
10    WHEREAS, Plaintiff and Defendants are actively engaged in settlement discussions,
11 including but not limited to modification to the terms of the loans at issue in this lawsuit;
12    WHEREAS, Plaintiff and Defendants agree that judicial economy and the interests of the
13 parties in avoiding unnecessary expenses would be best served and promoted by extending the
14 time required for Defendants to respond to the First Amended Complaint;
15    IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendants that the time
16 required for Defendants to respond to Plaintiff's First Amended Complaint shall be extended by
17 30 days, and Defendants shall file their response no later than June 28, 2010.  This Stipulation will
18 not affect the schedule for the case.

19 Dated:  May 26, 2010                **BRYAN CAVE LLP**
                                        Robert A. Padway, Esq.
20                                      Berrie R. Goldman, Esq.

22                                      By:   /s/ Berrie R. Goldman
                                            Berrie R. Goldman
23                                          Attorneys for Defendants
                                            COUNTRYWIDE HOME LOANS, INC.,
24                                          COUNTRYWIDE BANK, FSB, and BANK
                                            OF AMERICA

25 Dated:  May 25, 2010                **LAW OFFICES OF MAHESH BAJORIA**
26
                                        By:   /s/ Mahesh Bajoria
27                                          Mahesh Bajoria, SBN 224849
                                            Attorney for Plaintiff
28                                          GURPREET KAUR

SF01DOCS18497                           2
CASE NO. 5:10-cv-01681-HRL             STIPULATION EXTENDING TIME TO RESPOND
                                       TO FIRST AMENDED COMPLAINT