**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
Berrie R. Goldman, California Bar No. 246061
Two Embarcadero Center, Suite 1410
Telephone:      (415) 675-3400
Facsimile:      (415) 675-3434
Email:          james.goldberg@bryancave.com
                berrie.goldman@bryancave.com

Attorneys for Defendants
BANK OF AMERICA, N.A. (erroneously sued as BANK OF AMERICA) and
RECONTRUST COMPANY, N.A. (erroneously sued as RECONTRUST COMPANY)

**LAW OFFICES OF MAHESH BAJORIA**
Mahesh Bajoria, California Bar No. 224849
39355 California Street, Suite 310
Fremont, CA 94538
Telephone:      (510) 791-9911
Facsimile:      (510) 791-9912

Attorney for Plaintiff
GURPREET KAUR

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GURPREET KAUR,<br><br>                Plaintiff,<br><br>        vs.<br><br>BANK OF AMERICA, a business entity, form unknown; RECONTRUST COMPANY, a business entity, form unknown; and all person claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiff's title thereto, and DOES 1 through 30, inclusive,<br><br>                Defendants. | Case No. 5:10-cv-01681-LHK<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO COMPLETE EARLY NEUTRAL EVALUATION UNTIL, AND INCLUDING, NOVEMBER 19, 2010**<br><br>[ADR Local Rule 6-5] |

SF01DOCS19848

1

Counsel for Plaintiff GURPREET KAUR ("Plaintiff"), and counsel for defendants BANK OF AMERICA, N.A. and RECONTRUST COMPANY, N.A. ("Defendants") submit this stipulation and proposed order requesting extension of time to complete Early Neutral Evaluation:

WHEREAS, Plaintiff and Defendants jointly filed a Stipulation and Proposed Order Selecting Early Neutral Evaluation on June 24, 2010;

WHEREAS, the Honorable Charles R. Breyer issued an Order referring the case to Early Neutral Evaluation on June 28, 2010;

WHEREAS, the ADR unit appointed Stephen E. Taylor as Evaluator on July 16, 2010;

WHEREAS, Mr. Taylor has not yet contacted the parties regarding the scheduling of the Early Neutral Evaluation session;

WHEREAS, a hearing on Defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) is currently set for December 16, 2010;

WHEREAS, Plaintiff and Defendants are actively engaged in settlement discussions, including but not limited to modification to the terms of the loans at issue in this lawsuit;

WHEREAS, Plaintiff and Defendants agree that judicial economy and the interests of the parties in avoiding unnecessary expenses would be best served and promoted by extending the time required for the parties to complete the Early Neutral Evaluation session by 90 days;

NOW, THEREFORE, Plaintiff and Defendants desire and hereby **STIPULATE** that Plaintiff and Defendants shall have until, and including, December 27, 2010 to complete Early Neutral Evaluation.

///

///

///

///

///

///

///

SF01DOCS19848

2

1    **IT IS SO STIPULATED.**

2    Dated:  August 3, 2010                              **BRYAN CAVE LLP**
                                                         Robert A. Padway, Esq.
3                                                        Berrie R. Goldman, Esq.

4
                                                         By:    /s/ Berrie R. Goldman
5                                                               Berrie R. Goldman
                                                         Attorneys for Defendants
6                                                        BANK OF AMERICA, N.A. and
                                                         RECONTRUST COMPANY, N.A.
7

8

9    Dated:  August 3, 2010                              **LAW OFFICES OF MAHESH BAJORIA**

10
                                                         By:    /s/ Mahesh Bajoria
11                                                             Mahesh Bajoria
                                                             Attorney for Plaintiff
12                                                           GURPREET KAUR

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   SF01DOCS19848                            3

1

## <u>ORDER</u>

2      Having reviewed the stipulation of Plaintiff Gurpreet Kaur and Defendants Bank of

3  America, N.A. and ReconTrust Company, N.A., and good cause appearing,

4      **IT IS HEREBY ORDERED THAT** Plaintiff and Defendants' Stipulation is APPROVED

5  AS MODIFIED.  Plaintiffs and Defendants shall have until, and including, November 19, 2010 to

6  complete Early Neutral Evaluation.

7

8  Dated: _August 20, 2010_        _Lucy H. Koh_

9                          Hon. Lucy H. Koh, District Court Judge

10                          United States District Court

                           Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  SF01DOCS19848